UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                          :
In re:                                                    : Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS, *et al.*,                       : Case No. 08-13555 (JMP)
                                                          :
                    Debtors.                              : (Jointly Administered)
------------------------------------------------------------------------x
                                                          :
KA KIN WONG, SIU LUI CHING, CHUN IP,                      :
JIN LIU, YIN YING LEUNG, LAI MEI CHAN                     :
and SING HEUNG, On Behalf of Themselves                   :
and All Others Similarly Situated,                        :
                                                          :
                    Plaintiff,                            :
                                                          :
            v.                                            : Adversary Proceeding
                                                          : No.: 09-01120 (JMP)
                                                          :
HSBC USA, INC., HSBC BANK PLC, PACIFIC                    :
INTERNATIONAL FINANCE LIMITED, HSBC                       :
BANK (CAYMAN) LIMITED (f/k/a HSBC                         :
FINANCIAL SERVICES (CAYMAN) LTD.), HSBC                   :
HOLDINGS PLC, SCOTT AITKEN, CEREITA                       :
LAWRENCE, SARAH COOMBS, JANET                             :
CRAWSHAW, SYLVIA LEWIS, THE BANK OF                       :
NEW YORK MELLON CORPORATION and                           :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                   :
                                                          :
                    Defendant.                            :
                                                          :
------------------------------------------------------------------------x

# ORDER GRANTING LEHMAN BROTHERS SPECIAL FINANCING INC.'S MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE

Upon the motion, dated May 27, 2009 (the "<u>Motion</u>") [Docket No. 17] of

Defendant Lehman Brothers Special Financing Inc. ("<u>LBSF</u>") to dismiss the complaint; and the

Court having jurisdiction to consider the Motion and the relief requested therein in accordance

with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges

for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and due and proper notice having been provided; and a hearing having been held on October 28, 2009 (the "Hearing") to consider the relief requested in the Motion; it is hereby

ORDERED that, for the reasons stated by the Court on the record of the Hearing, LBSF's Motion is granted and Counts 1-3 of the Complaint are dismissed as to LBSF with prejudice.

Dated: New York, New York
November 23, 2009

    *s/ James M. Peck*
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE