**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
: 
In re : 
: Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: 
Debtors. : (Jointly Administered)
------------------------------------------------------------------ x
: 
KA KIN WONG, *et al.* : 
: 
Plaintiffs, : 
vs. : Adversary Proceeding
: No.: 09-01120 (SCC)
LEHMAN BROTHERS HOLDINGS INC, *et al.* : 
: 
Defendants. : 
: 

**STIPULATION AND ORDER**
**OF DISMISSAL WITH PREJUDICE**

WHEREAS, on March 12, 2009, Plaintiffs filed the complaint in the above-captioned action and filed an amended complaint on November 29, 2010;

WHEREAS, Plaintiffs allege in the amended complaint that they and others similarly situated purchased notes issued by Pacific International Finance Limited ("Pacific") – known as "Minibonds" – and that Pacific invested the funds raised from the Minibonds issuance in other securities that Pacific placed in a trust administered by HSBC Bank USA, N.A. (the "Minibonds Trustee");

WHEREAS, in connection with their purchases of Minibonds, in the amended complaint Plaintiffs brought certain claims against Lehman Brothers Holdings, Inc. ("LBHI") and Lehman Brothers Special Financing Inc. ("LBSF") derivatively on behalf of the Minibonds Trustee and brought other allegedly direct claims against LBHI, LBSF, and others on their own behalf and on behalf of others similarly situated;

WHEREAS, on March 27, 2011, LBHI, LBSF, Pacific, and the Minibonds Trustee, among other parties, agreed to settle disputes among them relating to the Minibonds, and in connection therewith, executed releases in favor of the other parties to the settlement, which releases include releases by the Minibonds Trustee in favor of LBHI and LBSF; and

WHEREAS, on August 7, 2015, pursuant to the Court's direction at a status conference on August 4, 2015, counsel for Plaintiffs was provided a copy of the March 27, 2011 settlement agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of Plaintiffs, LBHI, and LBSF, subject to approval by the Court, as follows:

1. All claims in the complaint and amended complaint against defendants LBHI and LBSF are dismissed with prejudice; and

2. Each party to this stipulation shall bear its own costs, legal fees, and expenses with respect to the adversary proceeding and any related matters.

Dated: New York, New York
       October 23, 2015

                                                       ROBBINS GELLER RUDMAN & DOWD LLP
Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, New York 11747
(631) 367-7100

ROBBINS GELLER RUDMAN & DOWD LLP
Spencer A. Burkholz
Patrick W. Daniels
655 West Broadway, Suite 1900
San Diego, California 92101
(619) 231-1058

ROBBINS GELLER RUDMAN & DOWD LLP

By:      /s/ Jason C. Davis
       Jason C. Davis

        Post Montgomery Center
        One Montgomery Street, Suite 1800
        San Francisco, California  94104
        (415) 288-4545

        GENOVESE, JOBLOVE & BATTISTA, P.A.
        John H. Genovese
        Robert Elgidely
        Bank of America Tower, 44th Floor
        100 S.E. 2nd Street
        Miami, Florida  33131
        (305) 349-2300

*Attorneys for the Plaintiffs*

WEIL, GOTSHAL & MANGES LLP

By:    /s/ Richard W. Slack
      Richard W. Slack
      767 Fifth Avenue
      New York, New York  10153
      (212) 310-8000

*Attorneys for Defendants Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.*

**SO ORDERED:**

October 30, 2015

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge